# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 110 WM 2020

Respondent

v.

CHRISTOPHER YOUNGER,

Petitioner

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of March, 2021, the Application for Leave to File Original Process is GRANTED. The "Petition for Writ of Habeas Corpus and/or Extraordinary Relief, Immediate Hearing," the "Motion for Default," the "Rule 521 'Bail After Finding Guilt'," the "Petition Application for Permission to Amend for Bail," and the "Petition under Pa.R.A.P. 123, Application for Relief" are DENIED.